IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Cary Letorie Wright, | ) | Case No. 6:25-cv-13965-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MW Quinn, Mary-Margaret Speck, Jen | ) | |
| Lane, Jay Gresham, Jeff Burdette, | ) | |
| Cindy S. Crick, Greenville County | ) | |
| Detention Center, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court upon Plaintiff's amended complaint.  ECF No. 17.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this

matter was referred to United States Magistrate Judge William S. Brown for pre-trial

proceedings and a Report and Recommendation ("Report").  On February 18, 2026, the

Magistrate Judge issued a Report recommending that this action be dismissed without

leave to amend and without issuance and service of process.  ECF No. 23.  The

Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections

to the Report and the serious consequences for failing to do so.  Plaintiff has not filed

objections to the Report and the time to do so has lapsed.[1]

_____

[1] The initial mailing of the Report was returned as undeliverable.  ECF No. 25.  Out of an abundance of caution for a pro se party, the Court directed that the document be remailed to another potential address for Plaintiff and reset the time to file objections.  ECF Nos. 28, 29; *see also* ECF Nos. 15, 17.  The second mailing was also returned as undeliverable.  ECF No. 31.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

Therefore, after considering the record in this case, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error and agrees with the Report's recommendation. This action is **DISMISSED** without leave to amend and without issuance and service of process.

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

May 19, 2026
Spartanburg, South Carolina

2